IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE JASON ELROY,

    Petitioner,                         No. CIV S-08-1584 GGH P

    vs.

MIKE KNOWLES,

    Respondents.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a late notice of appeal of this court's October 30, 2008, dismissal of his application for a writ of habeas corpus. Petitioner filed this notice of appeal on January 12, 2009. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,

1

1  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

2  The timely filing of a notice of appeal is a jurisdictional requirement. <u>Scott v. Younger</u>, 739 F.2d 1464, 1466 (9th Cir. 1984). Here, the time limit for filing a notice of appeal following entry of judgment is thirty days. <u>See</u> Fed. R. App. P. 4(a). Petitioner's notice of appeal in this action was filed more than thirty days after entry of judgment.

For the reasons set forth in the magistrate judge's October 30, 2008, order, petitioner has not made a substantial showing of the denial of a constitutional right. In addition, the notice of appeal was not timely filed. Accordingly, a certificate of appealability should not issue in this action.

IT IS HEREBY ORDERED.

DATED: February 3, 2009

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

elro1584.coa

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.

2